# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134445
134446

ERIC A. BRAVERMAN, Successor
Personal Representative of the
Estate of Patricia Swann, Deceased,
            Plaintiff-Appellee,

v

            SC: 134445, 134446
            COA: 264029, 264091
            Wayne CC: 05-502345-NH

GARDEN CITY HOSPITAL, a/k/a
GARDEN CITY HOSPITAL,
OSTEOPATHIC,
            Defendant,

and

JOHN R. SCHAIRER, D.O., GARY
YASHINSKY, M.D., ABHINA V.
RAINA, M.D., and PROVIDENCE
HOSPITAL AND MEDICAL
CENTERS, INC.,
            Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the June 5, 2007 judgment of the Court of Appeals is considered, and it is GRANTED. The parties are directed to include among the issues to be briefed: (1) whether there are any circumstances, other than the expiration of the three-year ceiling in MCL 600.5852, under which the appointment of a successor personal representative would not trigger the start of a new two-year savings period, despite *Eggleston v Bio-Medical Applications of Detroit, Inc*, 468 Mich 29 (2003), and (2) whether a successor personal representative may rely on a notice of intent filed by a predecessor personal representative.

The Clerk of the Court is directed to place this case on the January 2008 session calendar for argument and submission. Appellants' brief and appendix must be filed no

later than November 16, 2007, and appellee's brief and appendix, if appellee chooses to submit an appendix, must be filed no later than December 17, 2007.

The Michigan Association for Justice and the Michigan Defense Trial Counsel, Inc., are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2007

Clerk

l0919